**2010–2174. State v. Gueye.**
Hamilton App. No. C–090514. Reported at 128 Ohio St.3d 1426, 2011-Ohio-1049, 943 N.E.2d 572. On motion for reconsideration. Motion denied.

**2010–2178. Ruggles v. Ruggles Family Ltd. Partnership.**
Huron App. No. H–09–031, 2010-Ohio-3923. Reported at 128 Ohio St.3d 1426, 2011-Ohio-1049, 943 N.E.2d 573. On motion for reconsideration. Motion denied.

O'CONNOR, C.J., and PFEIFER, J., dissent.

**2010–2235. State v. Marzett.**
Cuyahoga App. No. 93805, 2010-Ohio-5428. Reported at 128 Ohio St.3d 1427, 2011-Ohio-1049, 943 N.E.2d 573. On motion for reconsideration. Motion denied.

LANZINGER and MCGEE BROWN, JJ., dissent.

**2010–2289. State v. Griffith.**
Franklin App. No. 10AP–94, 2010-Ohio-5556. Reported at 128 Ohio St.3d 1428, 2011-Ohio-1049, 943 N.E.2d 574. On motion for reconsideration. Motion denied.

**2011–0029. State v. Malone.**
Lorain App. No. 09CA009732, 2010-Ohio-5658. Reported at 128 Ohio St.3d 1445, 2011-Ohio-1618, 944 N.E.2d 695. On motion for reconsideration. Motion denied.

O'CONNOR, C.J., and LANZINGER and MCGEE BROWN, JJ., dissent.

**2011–0067. State v. Houston.**
Franklin App. No. 09AP–592, 2010-Ohio-4374. Reported at 128 Ohio St.3d 1446, 2011-Ohio-1618, 944 N.E.2d 695. On motion for reconsideration. Motion denied.

CUPP, J., dissents.

**2011–0068. State v. Jackson.**
Franklin App. Nos. 09AP–687 and 09AP–689, 2010-Ohio-4375. Reported at 128 Ohio St.3d 1446, 2011-Ohio-1618, 944 N.E.2d 695. On motion for reconsideration. Motion denied.

CUPP, J., dissents.

**2011–0079. State v. Garnett.**
Franklin App. No. 09AP–1149, 2010-Ohio-5865. Reported at 128 Ohio St.3d 1447, 2011-Ohio-1618, 944 N.E.2d 696. On motion for reconsideration. Motion denied.

**2011–0084. [State ex rel.] Henderson v. Finnegan.**
In Procedendo. Reported at 128 Ohio St.3d 1441, 2011-Ohio-1618, 944 N.E.2d 692. On motion for reconsideration and petition for judicial notice. Motion and petition denied.

**2011–0087. Pinkney v. Ohio Dept. of Job & Family Servs.**
Cuyahoga App. No. 94696, 2010-Ohio-5252. Reported at 128 Ohio St.3d 1429, 2011-Ohio-1049, 943 N.E.2d 574. On motion for reconsideration. Motion denied.

**2011–0095. State v. Burston.**
Cuyahoga App. No. 93645, 2010-Ohio-5120. Reported at 128 Ohio St.3d 1447, 2011-Ohio-1618, 944 N.E.2d 696. On motion for reconsideration. Motion denied.

CUPP, J., dissents and would grant the motion, accept the appeal on Proposition of Law No. I, and hold the cause for the decision in 2010–1448, *State v. Barker,* Lucas App. No. L–09–1139, 2010-Ohio-3067.

# CASE ANNOUNCEMENTS

*May 26, 2011*

[Cite as *05/26/2011 Case Announcements*, 2011-Ohio-2507.]